1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11    VERNON L. SMITH,                     )     Case No. CV 20-4642-JVS (JEM)
      STEFANO VITALE,                      )
12    BRUCE SANDS, and                     )
      HERBERT SIMILTON,                    )
13                                         )     ORDER ACCEPTING FINDINGS AND
                     Petitioners,          )     RECOMMENDATIONS OF UNITED
14                                         )     STATES MAGISTRATE JUDGE
                                           )
15         v.                              )
                                           )
16    B. VON BLANCKENSEE, Warden,          )
                                           )
17                   Respondent.           )
      _____  )

18         Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the

19    records on file, and the Report and Recommendation of the United States Magistrate

20    Judge.  No Objections to the Report and Recommendation have been filed within the time

21    allowed for Objections.  The Court accepts the findings and recommendations of the

22    Magistrate Judge.

23         IT IS ORDERED that: (1) Respondent's Motion to Dismiss is granted; and (2)

24    Judgment shall be entered dismissing the action with prejudice.

25

26    DATED:  July 30, 2020

27                                              JAMES V. SELNA
                                           UNITED STATES DISTRICT JUDGE
28