JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON L. SMITH, STEFANO VITALE, BRUCE SANDS, and HERBERT SIMILTON, <br><br> Petitioners, <br><br> v. <br><br> B. VON BLANCKENSEE, Warden, <br><br> Respondent. | Case No. CV 20-4642-JVS (JEM) <br><br> **JUDGMENT** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 7-30-2020

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2